UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MINNESOTA
THIRD DIVISION - ST. PAUL

--------------------------------------------------------

DIRECTV, Inc., a California corporation,

                    Plaintiff,                    ORDER Re: NOTICE OF SETTLEMENT
                                                      AND ADMINISTRATIVE DISMISSAL

              v.                            Civil Action No. 09-CV-03052 PAM-JJG

TIMOTHY J. DECKER, Individually, and as
officer, director, shareholder and/or principal
of PARK PLACE ON BROADWAY INC.,
d/b/a PARK PLACE, a/k/a PARK PLACE,
a/k/a PARK PLACE ON BROADWAY, and
PARK PLACE ON BROADWAY INC.,
d/b/a PARK PLACE, a/k/a PARK PLACE,
a/k/a PARK PLACE ON BROADWAY,

                    Defendants.

--------------------------------------------------------

        The above-styled and numbered cause of action having been filed with the Court, it is,

therefore, and the Plaintiff's Notice of Settlement having been considered, it is

        **ORDERED** that the above the Clerk's Office, in its discretion, is authorized to

administratively close this case due to this settlement.  However, the Plaintiff specifically reserves

the right, in the event of any non-payment, to reopen and reinstate its claim against Defendants.

**SO ORDERED** this   25TH   day of  November , 2009.


                                      s/Paul A. Magnuson
                                    **HON. PAUL A. MAGNUSON**
                                    **UNITED STATES DISTRICT JUDGE**